RECEIVED
OCT 2 7 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | |
|---|---|
| **MZONJANI KUBHEKA** | **CIVIL ACTION NO. 08-0587** |
| **AKA MLANDVO DLAMINI** | |
| **A 791-365-53** | **SECTION P** |
| **VS.** | **JUDGE DOHERTY** |
| **ATTORNEY GENERAL, ET AL.** | **MAGISTRATE JUDGE METHVIN** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Dismiss [rec. doc. 13] be **GRANTED** and, that the Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _27_ day of _October_, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE